IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS PETERS, | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | ) OF DEFENDANT ALPHA NATURAL |
| | ) RESOURCES, INC. ONLY PURSUANT |
| v. | ) TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| | ) |
| AMFIRE MINING COMPANY, LLC, and | ) CASE NO.: 2:14-cv-00021-DSC |
| ALPHA NATURAL RESOURCES, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALPHA NATURAL RESOURCES, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Thomas Peters and his counsel, hereby give notice that Defendant Alpha Natural Resources, Inc. is voluntarily dismissed, without prejudice.

This Notice shall not act as a dismissal against Defendant AMFIRE Mining Company, LLC, as this Notice concerns the claims of Plaintiff against Defendant Alpha Natural Resources, Inc. only.

Respectfully submitted,

Date: February 4, 2014

Julie Wieczorek Fritsch, Esquire
PA Bar No.: 89931
Rudberg Law Offices, LLC
2107 Sidney Street
Pittsburgh, PA 15203
(412) 488-6000
Attorneys for Plaintiff Thomas Peters

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALPHA NATURAL RESOURCES, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served upon the following counsel of record via the CM/ECF system which will send notice to the following on this 4th day of February, 2014:

Michael P. Leahey, Esquire
Jackson Kelly, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1500
Pittsburgh, PA 15222
(counsel for Defendants AMFIRE Mining Company, LLC
and Alpha Natural Resources, Inc.)

By: _____
Julie Wieczorek Fritsch, Esquire
Rudberg Law Offices, LLC
ATTORNEYS FOR PLAINTIFF
2107 Sidney Street
Pittsburgh, PA  15203
(412) 488-6000